UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05CR0140-L |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| JOSE ARMANDO LOPEZ-GONZALEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for June 8, 2009 at 9:00 a.m. shall be continued until August 10, 2009 at 8:30 a.m.

DATED: June 1, 2009

_____
M. James Lorenz
United States District Court Judge